UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION

MDL No. 2804

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −90)**

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 290 F.Supp.3d 1375 (J.P.M.L. 2017). Since that time, 1,426 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

| | | | |
|---|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | | | MDL No. 2804 |

### SCHEDULE CTO−90 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **COLORADO** | | | |
| CO | 1 | 19−01048 | City of Brighton v. Purdue Pharma, L.P. et al |
| **GEORGIA SOUTHERN** | | | |
| GAS | 4 | 19−00086 | Chatham County Hospital Authority, Georgia v. Amerisourcebergen Drug Corporation et al |
| **MARYLAND** | | | |
| MD | 1 | 19−01162 | The City of Annapolis, Maryland v. Purdue Pharma L.P. et al |
| **MINNESOTA** | | | |
| MN | 0 | 19−01077 | City of Duluth, Minnesota v. Purdue Pharma L.P. et al |
| **MISSISSIPPI NORTHERN** | | | |
| MSN | 4 | 19−00051 | Patient's Choice Medical Center of Humphreys County, LLC v. Purdue Pharma L.P. et al |
| **MISSISSIPPI SOUTHERN** | | | |
| MSS | 5 | 19−00030 | Patients' Choice Medical Center of Claiborne, LLC v. Purdue Pharma, L.P. et al |
| **NEW MEXICO** | | | |
| NM | 1 | 19−00342 | Board of County Commissioners of the County of Bernalillo v. AmerisourceBergen Drug Corporation et al |
| **NEW YORK WESTERN** | | | |
| NYW | 1 | 19−00485 | City of Lackawanna, New York v. Purdue Pharma, L.P. et al |

## OKLAHOMA NORTHERN

| | | | |
|---|---|---|---|
| OKN | 4 | 19−00205 | Board of County Commissioners of County of Tulsa, The v. Purdue Pharma L.P. et al |

## OKLAHOMA WESTERN

| | | | |
|---|---|---|---|
| OKW | 5 | 19−00339 | Mustang City of v. Purdue Pharma LP et al |
| OKW | 5 | 19−00345 | Midwest City City of v. Purdue Pharma LP et al |
| OKW | 5 | 19−00351 | Enid City of v. Purdue Pharma LP et al |

## VIRGINIA WESTERN

| | | | |
|---|---|---|---|
| VAW | 6 | 19−00021 | City of Lexington, Virginia v. Purdue Pharma L.P. et al |
| VAW | 7 | 19−00302 | Franklin County, Virginia v. Purdue Pharma L.P. et al |

## WISCONSIN WESTERN

| | | | |
|---|---|---|---|
| WIW | 3 | 19−00204 | Bad River Band of Lake Superior Chippewa v. Watson Laboratories, Inc. et al |